| | |
|---|---|
| RICHARD SEGERBLOM<br>Nevada Bar No. 1010<br>701 E. Bridger, Suite 520<br>Las Vegas, NV 89101<br>Tel: (702) 388-9600<br>Fax: (702) 385-2909<br>Attorney for Plaintiff | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEV ADA

| | |
|---|---|
| KAREN HARRIS,<br><br>           Plaintiff,<br><br>vs.<br><br>COAST HOTELS AND CASINOS, INC.,<br>dba THE ORLEANS HOTEL AND CASINO and THE GOLD COAST HOTEL AND CASINO, and BOYD GAMING CORPORATION,<br><br>           Defendants. | CASE NO.:   2: 19-cv-00205-JCM-GWF<br><br>**STIPULATION AND REQUEST FOR EXTENSION FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR TO DISMISS AND FOR FILING OF DEFENDANTS' REPLY BRIEF** |

     IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, that Plaintiff be granted an extension of one week, up to and including June 12, 2019, within which to file her opposition to the Defendants' Motion to Dismiss. Defendants' Motion to Dismiss was filed on May 22, 2019 and Plaintiffs Opposition is currently scheduled to be filed by June 5, 2019.

     IT IS FURTHER STIPULATED that because the Plaintiffs Opposition will be mailed on or about June 12, 2019, Defendants' reply brief will now be due on June 25, 2019.

     This is the first request for an extension in this matter and is made in good faith and not for any reason of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Therefore, it is requested that the court grant the Plaintiff up to and including June 12, 2019 within which to file her Opposition to Defendant's Motion to Dismiss, and further that the Defendants be granted an extension up to June 25, 2019 to file their reply brief.

DATED this 5th day of June, 2019.

| | |
|---|---|
| Richard Segerblom, Ltd. | Ogletree, Deakins et al |
| */s/ Richard Segerblom* | */s/Erica Chee* |
| RICHARD SEGERBLOM, ESQ. | ERICA CHEE, ESQ. |
| 701 East Bridger, Ste. 520 | Wells Fargo Tower |
| Las Vegas, NV 89101 | Suite 1500 |
| *Attorney for Plaintiff* | 3800 Howard Hughes Pkwy. |
| | Las Vegas, NV 89169 |
| | *Attorney for Defendants* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED June 5, 2019.