ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Coast Hotels and Casinos, Inc., dba The Orleans Hotel and Casino, Coast Hotels and Casinos, Inc., dba The Gold Coast Hotel and Casino, and Boyd Gaming Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN HARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>COAST HOTELS AND CASINOS, INC., dba THE ORLEANS HOTEL AND CASINO and THE GOLD COAST HOTEL AND CASINO, and BOYD GAMING CORPORATION,<br><br>    Defendants. | Case No.: 2:19-cv-00205-JCM-EJY<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT IN RESPONSE TO COURT'S DECEMBER 6, 2019 ORDER AND FOR DEFENDANTS TO RESPOND**<br><br>**(FIRST REQUEST)** |

Pursuant to Rules 6-1, 6-2 and 7-1 of the Local Rules of Civil Procedure for the United States District Court for the District of Nevada, Plaintiff Karen Harris ("Plaintiff"), *pro se*, and Defendants Coast Hotels and Casinos, Inc., dba The Orleans Hotel and Casino, Coast Hotels and Casinos, Inc., dba Gold Coast Hotels, and Boyd Gaming Corporation ("Defendants") by and through their counsel, hereby stipulate and jointly move the Court to set the deadline for Plaintiff to file an amended complaint or otherwise respond to the Court's Order on the Motion to Dismiss dated December 6, 2019 ("Court's Order") for January 13, 2020, and Defendants will have until February 3, 2020 to file a response. This is the parties first request.

On December 6, 2019, the Court granted Defendants' Motion to Dismiss (ECF No. 6) and dismissed Plaintiff's complaint (ECF No. 1) with leave to amend. (ECF No. 26.) The Court did not set a deadline to file an amended complaint.

There is good cause for the deadlines as Plaintiff has been traveling and out of town to take care of her sister. The parties have agreed, and respectfully request the Court approve, the following deadlines:

- Plaintiff must file an amended complaint on or before Monday, January 13, 2020; and
- Defendants have 21 days to respond to Plaintiff's amended complaint on or before February 3, 2020.

IT IS SO STIPULATED.

DATED this 28th day of December, 2019.    DATED this 30th day of December, 2019.

KAREN HARRIS    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Karen Harris*    */s/ Erica J. Chee*

Karen Harris    Anthony L. Martin
2150 Foundation Springs Drive    Erica J. Chee
Henderson, NV 89074    3800 Howard Hughes Parkway, Suite 1500
*Plaintiff*    Las Vegas, NV 89169
    Telephone: 702.369.6800
    *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____Jan. 2, 2020_____