ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Coast Hotels and Casinos, Inc., dba The Orleans Hotel and Casino, Coast Hotels and Casinos, Inc., dba The Gold Coast Hotel and Casino*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN HARRIS,<br><br>                    Plaintiff,<br><br>vs.<br><br>COAST HOTELS AND CASINOS, INC., dba THE ORLEANS HOTEL AND CASINO and THE GOLD COAST HOTEL AND CASINO<br><br>                    Defendants. | Case No.: 2:19-cv-00205-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>**(FIRST REQUEST)** |

Pursuant to Rules 6-1, 6-2 and 7-1 of the Local Rules of Civil Procedure for the United States District Court for the District of Nevada, Plaintiff Karen Harris ("Plaintiff"), and Defendants Coast Hotels and Casinos, Inc., dba The Orleans Hotel and Casino, Coast Hotels and Casinos, Inc., dba Gold Coast Hotels, ("Defendants") by and through their respective undersigned counsel, hereby stipulate and agree to a brief one-week extension of time from July 2, 2020, up to and including Thursday, July 9, 2020, for Defendants to file a response to Plaintiff's Motion for Reconsideration (ECF No. 40).  The parties further agree that Plaintiff will have two weeks, up to and including July 23, 2020, to file a Reply.  This is the parties first request.

There is good cause for to extend the deadlines. Defendants' counsel has recently lost two people from sudden health issues within the last week, and was out of the office longer than expected as a result. The parties have agreed, and respectfully request the Court approve, the following deadlines:

- Defendants must file an Opposition to Plaintiff's Motion for Reconsideration (ECF No. 40) on or before Thursday, July 9, 2020; and
- Plaintiff has 14 days to file a Reply to Defendants' Opposition on or before Thursday, July 23, 2020.

This is the first request to extend the deadlines related to this Motion.

IT IS SO STIPULATED.

DATED this 1st day of July, 2020.          DATED this 1st day of July, 2020.

HKM EMPLOYMENT ATTORNEYS LLP          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Jenny L. Foley*          */s/ Erica J. Chee*

Jenny L. Foley                         Anthony L. Martin
Marta D. Kurshumova                    Erica J. Chee
1785 East Sahara Avenue, Suite 300     3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89104                    Las Vegas, NV 89169
Telephone: 702.625.3893                Telephone: 702.369.6800
*Attorneys for Plaintiff*              *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2020

2